IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| **HANNAH FREDRICKSON,** individually and on behalf of similarly situated persons,<br><br>Plaintiff,<br><br>v.<br><br>**RPM PIZZA MIDWEST, LLC** and **GLENN MUELLER**<br><br>Defendants. | **Case No. 1-18-cv-01884-TWP-TAB**<br><br>**Jury Demanded** |

## JOINT STIPULATION OF DISMISSAL

Plaintiff and Defendants, by and through their undersigned counsel, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby dismiss this action with prejudice and without costs or attorneys' fees to any party as against the other.

Respectfully submitted,

*/s/ Matthew Haynie*
Matthew Haynie
Jay Forester
**FORESTER HAYNIE PLLC**
1701 N. Market Street, Suite 210
Dallas, Texas 75202
(214) 210-2100 phone
(214) 346-5909 fax
matthew@foresterhaynie.com
jay@foresterhaynie.com
**ATTORNEYS FOR PLAINTIFFS**

/s/ *Todd B. Logsdon*
Todd B. Logsdon
FISHER & PHILLIPS LLP
220 West Main Street, Suite 1700
Louisville, Kentucky 40202
Telephone:  (502) 561-3990
Facsimile:  (502) 561-3991
E-mail:  tlogsdon@fisherphillips.com
**ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

Service of this document will be made on Defendants via the Court's e-filing system and according to the Federal Rules of Civil Procedure.

/s/ *Matthew Haynie*_____
Matthew Haynie