**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

The Court acknowledges the Joint Stipulation of Dismissal, dkt. 21. JPH, 3/6/2019
Distribution via ECF.

**HANNAH FREDRICKSON,** individually and on behalf of similarly situated persons,

Plaintiff,

v.

**RPM PIZZA MIDWEST, LLC** and **GLENN MUELLER**

Defendants.

**Case No. 1-18-cv-01884-JPH-TAB**

**Jury Demanded**

## JOINT STIPULATION OF DISMISSAL

Plaintiff and Defendants, by and through their undersigned counsel, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby dismiss this action with prejudice and without costs or attorneys' fees to any party as against the other.

Respectfully submitted,

/s/ Matthew Haynie
Matthew Haynie
Jay Forester
**FORESTER HAYNIE PLLC**
1701 N. Market Street, Suite 210
Dallas, Texas 75202
(214) 210-2100 phone
(214) 346-5909 fax
matthew@foresterhaynie.com
jay@foresterhaynie.com
**ATTORNEYS FOR PLAINTIFFS**